BRIGHT, Circuit Judge,
concurring.
I concur but write separately to emphasize that a district court’s responsibility is not to impose a “reasonable” sentence. See United States v. Greene, 513 F.3d 904, 907 (8th Cir.2008). Rather a sentencing court must carefully consider the 18 U.S.C. § 3553(a) factors and impose a sentence that is sufficient but not greater than necessary. Id. at 907-08.
In this case, the district court stated that it imposed a “reasonable sentence.” But the court also carefully considered and analyzed the § 3553(a) factors, focusing on aggravating factors such as the ongoing nature of the offense and that it was a crime of greed. The court also focused on the mitigating factors, such as the lack of a criminal history and the difficult life Escobar had endured. Thus, overall, the district court did not err.